UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE SEPTEMBER 11 LITIGATION

Case No.: 21 MC 97 (AKH)

THIS DOCUMENT RELATES TO:

07 CV 8402

<u>Wilcher v. AMR Corporation., et. al.</u>

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE ADOPTING AMENDED ANSWER
OF DEFENDANT UNITED AIR LINES, INC. TO
<u>PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT</u>**

PLEASE TAKE NOTICE THAT defendant UNITED AIR LINES, INC. hereby adopts its Master Amended Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.

WHEREFORE, defendant UNITED AIR LINES, INC. respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated:   New York, New York
         November 12, 2007

                                      QUIRK AND BAKALOR, P.C.

                                      By: _____
                                          Jeffrey J. Ellis (JJE 7796)
                                      A Member of the Firm
                                      Attorneys for Defendant
                                      UNITED AIR LINES, INC.
                                      845 Third Avenue, 15th Floor
                                      New York, New York  10022
                                      Tel.: (212) 319-1000
                                      Fax: (212) 319-1065

                                      And

MAYER BROWN, LLP
Michael Rowe Feagley
71 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 701-7065
Facsimile:  (312) 706-8623

TO:

Marc S. Moller, Esq.
KREINDLER & KREINDLER
*Individual Plaintiffs' Counsel and Plaintiffs' Liaison Counsel*
100 Park Avenue
New York, NY  10017-5590
Tel.: (212) 687-8181

Jonathan A. Azrael, Esq.
AZRAEL, GANN AND FRANZ, LLP
*Individual Plaintiff's Counsel*
101 East Chesapeake Avenue, Fifth Fl.
Baltimore, Maryland  21286
Tel.: (410) 821-6800

Donald Migliori, Esq.
MOTLEY RICE, LLC
*Plaintiff's Liaison Counsel*
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465
Tel: (843) 216-9000

Desmond T. Barry, Jr., Esq.
CONDON & FORSYTH, LLP
*Defendants' Liaison Counsel*
685 Third Avenue
New York, NY  10017
Tel.: (212) 490-9100

Richard A. Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
*Ground Defendants' Liaison Counsel*
One Liberty Plaza
New York, NY 10006
Tel.: (212) 412-9500

Robert A. Clifford, Esq.
CLIFFORD LAW OFFICES
*Property Damage & Business Loss Plaintiffs' Liaison Counsel*
120 LaSalle Street, 31st Floor
Chicago, IL 60602
Tel.: (312) 899-9090

Beth D. Jacobs, Esq.
SCHIFF HARDIN LLP
*WTC7 Ground Defendants' Liaison Counsel*
900 Third Avenue
New York, NY 10022
Tel.: (212) 753-5000

Beth Goldman, Esq.
U.S. Department of Justice
U.S. Attorney's Office, Southern District
86 Chambers Street
New York, NY 10007
Tel.: (212) 637-2732

ALL DEFENSE COUNSEL BY ELECTRONIC MAIL SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.     Year
21 MC 97 (AKH)

IN RE SEPTEMBER 11TH LITIGATION

This document relates to:

*Wilcher v. AMR Corporation, et. al.*
07-CV-8402

### NOTICE OF ADOPTION

QUIRK AND BAKALOR, P.C.
UNITED AIR LINES INC.

*Attorney(s) for*

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)
_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                     of which the within is a true copy
will be presented for settlement to the HON.     one of the judges of the
within named Court, at
on                at            M.

Dated,