UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   21 MC 97 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION      :   This Document Relates to:
:   07-CV-8402
:   <u>Willcher v. AMR Corporation, et al.</u>
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# NOTICE ADOPTING ANSWER OF DEFENDANTS AMR CORPORATION AND AMERICAN AIRLINES, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT

PLEASE TAKE NOTICE THAT defendants AMR CORPORATION and AMERICAN AIRLINES, INC. hereby adopt their Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint (a copy of which is attached) as their Answer to the Complaint in the above-captioned action. AMR CORPORATION and AMERICAN AIRLINES, INC. hereby deny all allegations not specifically and expressly admitted in their Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint.

WHEREFORE, defendants AMR CORPORATION and AMERICAN AIRLINES, INC. respectfully request that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be

granted, then that their liability be limited or reduced as prayed.

Dated: New York, New York
November 13, 2007

                                        CONDON & FORSYTH LLP

                                        By_____
                                            Desmond T. Barry, Jr. (DB 8066)

                                        7 Times Square
                                        New York, New York 10036
                                        Tel.: (212) 490-9100
                                        Fax: (212) 370-4483

                                                  -and-

                                        DEBEVOISE & PLIMPTON LLP
                                        919 Third Avenue
                                        New York, New York 10022
                                        Tel.: (212) 909-6000
                                        Fax: (212) 909-6836

                                        Attorneys for Defendants
                                        AMR CORPORATION
                                        AMERICAN AIRLINES, INC.


TO:    Jonathan A. Azrael, Esq.
        AZRAEL, GANN & FRANZ, LLP
        101 E. Chesapeake Avenue, 5th Floor
        Baltimore, M.D. 21286
        Tel: (410) 821-6800

        Marc S. Moller, Esq.
        KREINDLER & KREINDLER LLP
        100 Park Avenue
        New York, N.Y. 100017
        Tel: (212) 973-3447

        Attorneys for Plaintiff
        SHIRLEY N. WILLCHER

PD/BL PLAINTIFFS' LIAISON COUNSEL
PI/WD PLAINTIFFS' LIAISON COUNSEL
GROUND DEFENDATNS' LIAISON COUNSEL
7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
ALL AVIATION DEFENDANTS
U.S. ATTORNEY'S OFFICE

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Sarah R. Connelly, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York, New York, and that on the 13th day of November 2007, deponent served the within NOTICE ADOPTING MASTER ANSWER OF DEFENDANTS AMR CORPORATION AND AMERICAN AIRLINES, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT and MASTER ANSWER OF DEFENDANTS AMR CORPORATION AND AMERICAN AIRLINES, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT upon:

1. Jonathan A. Azrael, Esq. – Counsel for Plaintiff Shirley N. Willcher;
2. Marc S. Moller, Esq. – Counsel for Shirley N. Willcher and Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
3. Brian J. Alexander, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
4. Donald A. Migliori, Esq – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
5. Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
6. Richard Williamson, Esq. and M. Bradford Stein, Esq. – Ground Defendants' Liaison Counsel;
7. Beth Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
8. Beth Goldman, Esq., Sarah S. Normand, Esq. and Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
9. All Aviation Defendants

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
Sarah R. Connelly

Sworn to before me this
13th day of November 2007

_____
Notary Public

MARIA PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires 10/31/2010

4